**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Ignacio SANCHEZ, also known as Nacho, Defendant-Appellant.**

**No. 17-10172**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 16, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Ignacio Sanchez, Pro Se

Before JOLLY, JONES, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ignacio Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

(1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez submitted an untimely response, which we construe as a motion for leave to file an out-of-time response and GRANT.

The record is not sufficiently developed to allow us to make a fair evaluation of Sanchez's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, Sanchez's response, and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.